No. 9438. JAMES VAIRA and ALVIN VAIRA, PLAINTIFFS AND RESPONDENTS, *v.* ELESEBETH MARSHALL et al., ADAM SEDLACEK et ux., DEFENDANTS AND APPELLANTS.

299 Pac. (2d) 455.

Decided July 18, 1956.

*Desmond J. O'Neil* and *Thomas J. Cavanaugh,* Glendive, for Appellants Adam Sedlacek and Ena Sedlacek, wife of Adam Sedlacek.

*Brattin & Habedank, Wayne K. Cumming,* Associate Counsel, Sidney, *J. C. Cottingham,* County Attorney, Minneapolis, Minn., for Respondent.

Per Curiam.

On stipulation in writing executed by counsel for the respective parties;

It is ordered that this appeal be and it is dismissed with prejudice.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS, and BOTTOMLY, concur.